## LEWIS *et al.* *v.* IBA.

*(Common Pleas of New York City and County, General Term.* June 2, 1890.)

PRACTICE IN CIVIL CASES—DISMISSAL.
　　Where the testimony warrants a finding in favor of one of several plaintiffs, a motion to dismiss the entire case is properly denied.

Appeal from fourth district court.

Action by Samuel Lewis and others against Casper Iba for work done. Judgment for plaintiffs. Defendant appeals.

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.

*H. C. Botty,* for appellant. *M. H. Gottlieb,* for respondents.

PER CURIAM. We have carefully read the testimony in this case, and find that there was sufficient evidence to justify the justice in rendering a verdict in favor of both plaintiffs, as there is proof that they were jointly interested in the work done, and the receipt given by Lewis was sufficiently explained. Even if it were not so, there certainly was sufficient testimony to warrant the justice in finding in favor of the plaintiff Lewis, and defendant's motion to dismiss was therefore properly denied, as it was a motion to dismiss the case entirely, and not as to the plaintiff Procha alone. The judgment should therefore be affirmed, with costs.